AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>James HJELMELAND<br><br>*Defendant(s)* | )<br>)<br>) Case No.: 6:25-mj- 1059<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of ____Orange____ in the
____Middle____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of child pornography |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Albert Grooms, SA, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 24, 2025

_____
*Judge's signature*

City and state: Orlando, FL

ROBERT M. NORWAY, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                     CASE NO. 6:25-mj-1059

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Albert Grooms, being duly sworn, do hereby state the following:

1. This affidavit is submitted in support of a criminal complaint against James HJELMELAND for a violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) – distribution of child pornography. As set forth in more detail below, there is probable cause to believe that between on or about December 30, 2024, and on or about January 1, 2025, HJELMELAND knowingly distributed child pornography (also known as child sexual abuse material (CSAM)).

2. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

3. My formal education includes a Bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced law enforcement-training programs, I have received specialized training in the

investigations of sex crimes, child exploitation, child pornography/CSAM, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

4. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252, 2252A, 1470, and 2422. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I have personal knowledge of all the facts stated in this affidavit and/or have learned of these facts by reviewing documents and electronically stored information and speaking to other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation and have summarized undercover communications.

2

## PROBABLE CAUSE STATEMENT

6. On December 29, 2024, while acting in an undercover capacity, a detective with the Orange County Sheriff's Office (UCA) created a post on the social media application "Hush"[1]. The post contained a photo of a minor child standing against a wall with her leg bent up behind her and the text "Can anybody get my kid into disney?". At approximately 03:20 p.m. EST the UCA received a message from a user utilizing the username "Salmon_struggle," who appeared to be located in Alberta, Canada. "Salmon_struggle" was later identified as Canadian national James HJELMELAND.

7. HJELMELAND started the conversation on Hush and asked how old the notional child of the UCA was. The UCA responded that she was 12 years old. HJELMELAND then offered to take the notional child to Disneyworld and stated he was not from Orlando but would take a trip down to Disneyworld. HJELMELAND stated he was looking to take a trip in January anyway and "a cute 12 yr old girl would be a great reason to travel and come visit" and asked for a picture of the notional child. A photograph was not sent at this time.

8. The UCA expressed concerns over the safety of utilizing the Hush application and they discussed switching to another means of communication. HJELMELAND ultimately suggested utilizing an encrypted application named

---

[1] Hush is an anonymous social media app that allows individuals to express themselves freely without fear of judgment or exposure. Individuals can post anonymously, comment, message, and vote on other people's posts without revealing their identity.

3

Teleguard[2]. HJELMELAND provided a nine digit alpha-numeric code which he stated was his Teleguard identification number. The UCA either used this code and/or an invite to connect with HJELMELAND on Teleguard and the conversation continued there with HJELMELAND utilizing the username Spreader94.

9. The first message from HJELMELAND on Teleguard was "Hey there, from hush?" HJELMELAND then asked again for a picture of the notional child and shared a photo of himself. Law enforcement ran this image through facial recognition technology (FRT) which produced an image known to be HJELMELAND that was visually similar image to the image sent by HJELMELAND. HJELMELAND stated he would be interested in "doing a 'sugar daddy' kind of arrangement with her…" HJELMELAND later clarified this meant taking the notional child out on dates, trips, or fun events in exchange for her "physical affection and such." HJELMELAND specifically mentioned sending the notional child lingerie and getting a photo of her wearing it.

10. HJELMELAND stated, "physical photos would be hot" and that he had done that with another female minor when she was 14 years old. HJELMELAND further explained he would buy that minor clothes, lingerie and sex

---

[2] https://teleguard.com/en#faq "TeleGuard is a messenger that does not store chats and does not share data. The chats as well as voice and video calls are end-to-end encrypted. After delivery, messages are immediately deleted from the servers. All files are automatically deleted after one month at the latest. No data remains in the system"

toys and she would send nudes and videos of her using the sex toys. HJELMELAND stated he first had sex with that minor when she was 15 years old, and he is 5 years older than her. HJELMELAND stated the sex was "great" but would "love to have sex with younger tho". HJELMELAND stated his preferred age range would be 10-13 years old. HJELMELAND acknowledged that having sex with the minor had been illegal.

11. HJELMELAND stated he has continued the sexual relationship with that minor from that time until present day. To substantiate this claim, (throughout the conversation) HJELMELAND provided the UCA multiple videos of a female involved with sexual acts with an unknown male. HJELMELAND asserts the female was around 17-18 years old at the time. Characteristics of the unknown female in this media is visually similar and/or consistent with an individual identified by law enforcement as a minor with whom HJELMELAND has previously had close contact.[3]

12. Later in the conversation, the following exchange occurred on or about December 29, 2024:

**UCA:** Can j ask something…I'm kinda letting you into our world a little. How do I know I can trust you

---

[3] Note that the minor is approximately 3 years and 10 months younger than HJELMELAND, which is inconsistent with his statement that she is 5 years younger.

5

**HJELMELAND:** "Because I'd like to fuck your daughter, the fact she is underage is a turn on for me".

**UCA:** I mean how do I know you aren't saying this just to fantasize and ghost me. Or turn me in

**HJELMELAND:** I'd be screwing myself over if I did

**UCA:** As much as I am curious to talk more I still got to be a dad and be cautious

Not really, you could just be saying this is a fantasy right?

It's just words

**HJELMELAND:** I'm admitting to be into underage girls, having watched child porn.

Etc

**UCA:** I'm exposing my actual kid

I guess I'm sorry nothing against you at all

**HJELMELAND:** I could dig some out of me fucking my little sister

**UCA:** I thought you said it was gone

**HJELMELAND:** It's not on this phone, but i have some on my tablet still.

**UCA:** oh

Idk it's up to you

**HJELMELAND:** Would you send some of your daughter?

If I sent some of my sister.

6

13. As the conversation continued, HJELMELAND assured the UCA that the application is safe and "super secure on encryption," commenting "I've watched CP[4] thru here before". HJELMELAND further asked the UCA if sending a video of a young girl naked would reassure him.

14. HJELMELAND asked the UCA about his sexual history with the notional child and informed the UCA that he (HJELMELAND) thinks sex ed for young girls should be "their dad teaching them how to fuck" and the ideal age would be 7-8 years old.

15. Later that night, the UCA asked HJELMELAND if the sugar daddy thing is actually happening, and HJELMELAND said he would like it to and acknowledged "it would be a huge risk for me as well coming down intending to fuck and underage girl after all". The UCA brought up the idea of using fake names and HJELMELAND suggested "Uncle James" for him, and stated he is 30 years old. Both of these identifiers are consisted with the identification of HJELMELAND[5].

16. Later in the conversation, HJELMELAND stated he is from Alberta, Canada, which is consistent with the location information on the Hush app and the home of record law enforcement identified for HJELMELAND. Specifically, the

---

[4] Based on my training an experience, I believe HJELEMELAND was using the abbreviation to mean child pornography.

[5] HJELMELAND also states at one point that he is in the central time zone which is not consistent with HJELMELAND's identified home of record which is located in the mountain time zone.

7

Hush location data shows that "Salmon_struggle" was located in Division No. 8, Alberta, Canada. Division No. 8 is a census division in Alberta, Canada, approximately 3,800 sq mi that encompasses the city of Red Deer. Law enforcement identified HJELMELAND's current home of record as Red Deer, Alberta, Canada. Law enforcement also identified HJELMELAND's hometown as Brandon, Manitoba. On a later date, HJELMELAND told the UCA he grew up in Manitoba.

17. HJELMELAND described his preferred Child Sexual Abuse Material (CSAM) as girls 8-13 years old sucking cock and getting fucked. In response to the UCA stating he never really explored the realm of CSAM because he has his own source. HJELMELAND stated, "fair I always thought of having a daughter for just that reason". HJELMELAND stated he would watch toddler CSAM but "wouldn't want to fuck younger".

18. HJELMELAND stated if he came to Orlando, Florida, he would like to take the notional child on trips and shopping in exchange for the notional child doing photo shoots with lingerie and toys, preforming oral sex on him, and allowing him to have sex with her.

19. HJELMELAND asked if the notional child is on birth control and if the UCA would be ok with him not using a condom. HJELMELAND offered to get tested just before coming down. Ultimately, HJELMELAND agreed to not ejaculate inside of the notional child's vagina, mouth, or eyes.

20. HJELMELAND asked the UCA to send a picture of the notional child and offered to send "some obvious CP tonight afterwards for you to …. stroke to."

8

On or about December 30, 2024, the UCA sent HJELMELAND a photo of the notional child[6] with HJELMELAND's name written on her body as he requested. The UCA also sent an image of the notional child wearing a mismatched bathing suit with "Hi Uncle James" written on her stomach. In response to the photo and subsequent conversation, HJELMELAND stated "Yes so hot", I got to see it, got me hard tbh. She is very cute." and "I'd love to be her sugar daddy".

21.  HJELMELAND asked the UCA if the UCA wanted to watch some CSAM and told the UCA "Name something you'd like to see and I'll try to make it happen" and "Help you trust me a bit more". HJELMELAND then sent a 48 second video which depicted a prepubescent female performing oral sex on an adult male. After sending the video HJELMELAND stated, "Sent you one I think you'd like" and "I've got plenty of it".

22.  The conversation between HJELMELAND and the UCA continued the following day and HJELMELAND asked for additional photos of the notional child. The UCA sent additional photos of the notional child and HJELMELAND responded with "Your daughter is incredibly hot" and that he was "thinking about…how amazing it would be to have her sucking on my cock right now".

23.  HJELMELAND continued to ask the UCA for naked photos and videos of the notional child and offered suggestions on how to take and/or edit the

---

[6] The media of the notional child in this case were created by taking photos and videos of an OCSO deputy and Orlando Police Department (OPD) officer. Some of these media files were edited and age regressed to portray them as a minor child.

9

pics for the UCA's safety. HJELMELAND also offered suggestions on how to introduce him to the notional child as a sexual partner. The following conversation occurred between HJELMELAND and the UCA:

**HJELMELAND:** I'll send you something hot tonight as well.

**UCA:** Mm

Sounds appealing haha

But just please don't feel pressured to do anything you don't want to. This is all very new to .e

**HJELMELAND:** It's all good if it helps you loosen up and be more comfortable/trusting with me

I just watched one I know you'll love

**UCA:** What is it

Or rather what's it of

**HJELMELAND:** Young girl playing with herself

**UCA:** How young we talking

**HJELMELAND:** Not sure exactly age I'd say probably 11/12

24. On December 30, 2024, HJELMELAND sent a 1-minute video which depicted a pubescent female under the age of 18 rubbing her vagina through her underwear before taking off all of her clothes and masturbating. After receiving the video, the UCA asked "If you have stuff like that why do you even need livi". HJELMELAND responded that "Watching stuff like that is hot as hell for sure but

10

it's different when it's a complete stranger you know", "And id like to feel what a young pussy feels like not just see." HJELMELAND then told the UCA he can send the UCA as much CSAM as the UCA would like.

25. The conversation continued on or about December 31, 2024, when HJELMELAND and the UCA discussed their plans for New Years Eve, which led to a discussion about HJELMELAND's current adult sexual partners. During this conversation HJELMELAND stated, "To be honest I doubt ant other woman's pussy is gonna match up to Livis tight little pussy anyways".

26. Later in the conversation, the UCA told HJELMELAND it's not too late to walk away. HJELMELAND replied, "oh it's definitely what I want". HJELMELAND gave the UCA additional guidance on how to introduce the idea of him to the notional child to make her comfortable ahead of his arrival. HJELMELAND told the UCA they will need to take some risks for this to work and that there is an equal risk of jail time. HJELMELAND described his concern about traveling to Orlando and the UCA getting cold feet.

27. HJELMELAND described himself as "100% committed and stated, "I wouldn't pass up the opportunity to feel livis pussy gripping my cock". HJELMELAND also described the UCA as being a "…pretty great dude" and expressed a desire to become friends. HJELMELAND asked the UCA if he had heard of the term "Eskimo brothers" which he described as "When two friends have been inside the same girl.". He then followed up with "Just in this case the girl is

your beautiful daughter." HJELMELAND then discussed with the UCA various sexual acts he would like to engage in with the notional child.

28. On or about January 1, 2025, HJELMELAND discussed his work schedule and when he could travel to Orlando, Florida. HJELMELAND discussed the CSAM he watched the previous night depicting girls as young as 7 or 8 years old. Later that night HJELMELAND stated he keeps CSAM on his tablet, inside the Android secure folder which is password protected. HJELMELAND elaborated that if the password is entered incorrectly too many times in the secure folder it will delete all of the contents.

29. HJELMELAND asked for more pictures of the notional child and said in exchange he (HJELMELAND) would send a "... short clip of a 9/10 yr old girl sucking her daddy's cock." The UCA sent a picture of the notional child and HJELMELAND sent a 25-second video which depicted a prepubescent female performing oral sex on an adult male.

30. On or about January 3, 2025, HJELMELAND talked about taking the UCA and notional child to Mexico or somewhere else on a trip if things work out. HJELMELAND stated he would pay for the flights and lodging. The UCA mentioned it would be expensive and a lot to ask; HJELMELAND responded, "It's fine if I'm getting to spend time with her in a bikini doing fun thing. And getting to feel her tight holes gripping my cock."

31. HJELMELAND continued to talk about how he wants to make the notional child comfortable with him in general, then comfortable having sex with

him and teach her that "…the more she puts out and does for uncle James sexually the more she gets back in return…"

32. On or about January 5, 2025, HJELMELAND asked the UCA for additional pictures of the notional child. The UCA expressed his concern that HJELMELAND is trying to get content of the notional child. HJELMELAND responded that he would much rather "…get to play with [the notional child] then fuck it up by just going for content of her."

33. Between on or about January 5, 2025, through on or about January 6, 2025, HJELMELAND discussed the fact that he wanted to come to Orlando sooner rather than later. HJELMELAND acknowledged that he's taking a big risk in case the UCA gets cold feet or law enforcement is waiting for him. HJELMELAND told the UCA he looked into flights to Orlando, Florida later in January. The UCA gave HJELMELAND another opportunity to back out and HJELMELAND confirmed he wanted to move forward. HJELMELAND told the UCA he was looking at flights from January 24-28, 2025, and laid out a potential schedule for the time he would be there.

34. HJELMELAND told the UCA the details of a potential flight to Orlando, FL would have him arrive around 5:00 p.m. on January 24, 2025. Law enforcement conducted a search of available flights and identified WestJet flight WS1272 from Calgary, Alberta, Canada to Orlando, Florida arriving at 5:04 p.m.

35. HJELMELAND and the UCA continued to discuss the logistics of HJELMELAND's upcoming trip. HJELMELAND asked the UCA for the notional

child's clothing size and then told the UCA he bought the notional child two Stitch thongs, a pair of Stitch yoga shorts and a workout top.

36. HJELMELAND asked the UCA "We are 100% doing this right?" HJELMELAND then informed the UCA he had just booked his flight, so he was 100% in. On January 10, 2025, I sent a summons to WestJet requesting information on any upcoming flights booked by HJELMELAND. On or about January 13, 2025, WestJet responded to the summons and provided confirmation that HJELMELAND has reserved a ticket for flight WS1272 on January 24, 2025. This flight is scheduled to arrive at the Orlando International Airport at approximately 5:04 p.m.

37. On or about January 9, 2025, HJELMELAND conveyed to the UCA that he needed to come up with a plan of what he is going to tell U.S. Customs when they question him about where he is going, for how long and why. HJELMELAND and the UCA also discussed the prices for hotels.

38. On or about January 9, 2025, the UCA mentioned to HJELMELAND how nice it will be for him (HJELMELAND) to finish his work project and have a chance to relax. HJELMELAND responded "Come down, hang out with you guys, watch [notional child] sucking my cock..... it'll be great". HJELMELAND then asked about what sex positions the notional child likes.

39. On or about January 15, 2025, HJELMELAND and the UCA discussed the rules and limits surrounding HJELMELAND having sex with the notional child. HJELMELAND told the UCA he would like to take pictures and

videos of himself having sex with the notional child. HJELMELAND stated he would bring down a USB with him to store the CSAM he wanted to create with the notional child.

40. On or about January 16, 2025, HJELMELAND and the UCA continued to discuss the rules and limits surrounding HJELMELAND having sex with the notional child.

41. On or about January 18, 2025, the UCA sent a video of him "telling the notional child" that HJELMELAND was coming to visit her and would take her to Disney. HJELMELAND had asked for this video multiple times previously. After the video was sent, HJELMELAND stated it made him feel a lot more comfortable about traveling to Orlando. HJELMELAND stated "It definitely help me feel alot more comfortable I was getting pretty worried and starting to second guess things. Not second guessing that it was something I wanted to do. But there is definitely a lot of risk for me coming down. And having that proof that this is legit and we are on the same page is like a huge weight off my shoulders."

42. On or about January 19, 2025, HJELMELAND asked the UCA how much CSAM he has of the notional child. HJELMELAND stated he wanted "nudes + pics/videos or her sucking your cock or taking it inside her". HJELMELAND agreed to store the CSAM offline on a USB and asked how much storage spaced it needed. HJELMELAND stated he is not going to bring his tablet that contains the CSAM because he does not want to go through U.S. Customs with it.

43.    On or about January 21, 2025, HJELMELAND confirmed he still planned to travel to Orlando to have sex with the notional child and stated he had just gotten an STI test done. HJELMELAND and the UCA then discussed making sure they had a matching backstory and what that was. HJELMELAND asked the UCA to pick up condoms for him because he did not want to explain them at the airport. HJELMELAND mentioned being ok with creating CSAM with the notional child as long as they do not include his face or identifying tattoos.

44.    Law enforcement has connected HJELMELAND to the Teleguard username Spreader94 through a visual comparison of the photo he sent of himself and by matching up details he has provided in the chat to facts independently confirmed by law enforcement, such as the flight reservation under HJELMELAND's name matching the dates, times, and locations he provided. Law enforcement has connected HJELMELAND to the Hush username Salmon_struggle through the conversation handoff when he and the UCA switched to Teleguard. HJELMELAND's home of record also coincides with the location posted on the Hush "profile".

## CONCLUSION

45. Based on the above, I submit that there is probable cause that between on or about December 30, 2024, and on or about January 1, 2025, HJELMELAND knowingly distributed child pornography (also known as child sexual abuse material (CSAM)) and attempted to persuade or induce a minor to engage in an illegal sexual activity by means of interstate commerce.

Albert Grooms, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence on this 24 day of January, 2025.

ROBERT M. NORWAY
United States Magistrate Judge

17